DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
FRANK M. LA FLEUR, State Bar #213438
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3826
Facsimile:     (415) 554-3837
E-Mail:        frank.lafleur@sfcityatty.org

Attorneys for Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(erroneously sued as City of San Francisco and
San Francisco Police Department)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENIKA HOWARD; RAMEIA APPLETON; KHAYLUM RICHARD-HOWARD; TERRY FRANKLIN, JR, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT, EDUARD OCHOA; SARAH JONES, T. BROPHY, and Does 1-20, <br><br> Defendants. | Case No. 22-cv-5243 <br><br> **NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT** <br> **(PURSUANT TO 28 U.S.C. §§ 1441, 1446)** |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the CITY AND COUNTY OF SAN FRANCISCO ("Defendant"), named as a defendant in the above-captioned action in California Superior Court for San Francisco County (Action No. CGC-22-599577), hereby files in the United States District Court for the Northern District of California a Notice of Removal of said action to the United States District

Court, pursuant to 28 U.S.C. §§ 1441 and 1446, and is filing a Notice of Removal in the Superior Court.

Defendant presents the following facts justifying removal pursuant to 28 U.S.C. §§ 1441 and 1446:

A civil action bearing the above-caption was commenced in California Superior Court for San Francisco County on May 11, 2022 (Action No. CGC-22-599577) and is pending therein. The Summons and Complaint was served on Defendant City and County of San Francisco on August 16, 2022.

This action may properly be removed pursuant to 28 U.S.C. § 1441 because Plaintiffs allege a violation of laws of the United States. The Complaint in said pending action includes allegations brought under 42 U.S.C. §1983 that the Defendants violated the civil rights of Plaintiffs.

To the extent that Plaintiffs' complaint alleges a claim or cause of action other than violations of rights under the laws of the United States, said cause(s) of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

Pursuant to 28 U.S.C. §1446(b), a copy of the following documents are attached:

1. The Summons and Complaint are hereto attached as Exhibit A.

2. Defendant's Answer to Complaint, Jury Trial Demand, Objection to Judge Pro Tempore and File & Serve transaction receipt are hereto attached as Exhibit B.

Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the California Superior Court for San Francisco County, the forum in which the removed action was pending.

Defendant will promptly file a Notice of this Removal with the Clerk of the Superior Court for San Francisco County and serve the Notice on all parties.

///

///

///

///

///

WHEREFORE, Defendant prays that the above action now pending in California Superior Court for San Francisco County be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. § 1441, *et. seq.*

Dated:  September 14, 2022

                                                DAVID CHIU
                                                City Attorney
                                                MEREDITH B. OSBORN
                                                Chief Trial Deputy
                                                FRANK M. LA FLEUR
                                                Deputy City Attorney

                                        By:  */s/ Frank M. La Fleur*
                                                FRANK M. LA FLEUR

                                                Attorneys for Defendant
                                                CITY AND COUNTY OF SAN FRANCISCO

Ntc of Removal of Action From State Court
Howard, et al. v. CCSF, et al. Case No. 22-cv-5243
3
n:\lit\li2022\230126\01623694.docx

# PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 14, 2022, I served the following document(s):

**NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT**

**(PURSUANT TO 28 U.S.C. §§ 1441, 1446)**

**CIVIL CASE COVER SHEET**

on the following persons at the locations specified:

Lenika Howard
Rameia Appleton
Khaylum Richard-Howard
Terry Franklin, Jr.
1485 Bayshore Blvd., #118
San Francisco, CA  94124
Telephone:     415-891-2101
Email:         lch.newlife@gmail.com

*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 14, 2022, at San Francisco, California.

*/s/ Anita Murdock*
ANITA MURDOCK