**EXHIBIT B**

DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
FRANK M. LA FLEUR, State Bar #213438
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3826
Facsimile:      (415) 554-3837
E-Mail:         frank.lafleur@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(erroneously sued as City of San Francisco and
San Francisco Police Department)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| LENIKA HOWARD; RAMEIA APPLETON; KHAYLUM RICHARD-HOWARD; TERRY FRANKLIN, JR, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT, EDUARD OCHOA; SARAH JONES, T. BROPHY, and Does 1-20 <br><br> Defendants. | Case No. CGC-22-599577 <br><br> **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ANSWER TO PLAINTIFFS' COMPLAINT** <br><br> Date Action Filed:   May 11, 2022 <br> Trial Date:   Not Set |

Defendant City and County of San Francisco (erroneously sued herein as City of San Francisco and San Francisco Police Department[1]) (hereinafter "San Francisco" or "defendant"), responds to Plaintiffs' unverified Complaint ("complaint") as follows:

Pursuant to the provisions of California Code of Civil Procedure Section 431.30, San Francisco denies each and every allegation contained in Plaintiffs' complaint.  San Francisco further denies that Plaintiffs have been damaged in any sum or sums, or otherwise, or at all, by reason of any act or omission of San Francisco.

Defendant sets forth below its affirmative defenses.  By setting forth these affirmative defenses, defendant does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to plaintiff.  Moreover, nothing stated herein is intended or shall be construed as an acknowledgment that any particular issue or subject matter is relevant to Plaintiffs' allegations.

**SEPARATE AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

Plaintiffs fail to state facts sufficient to constitute a cause of action against this defendant.

**SECOND AFFIRMATIVE DEFENSE**

(Comparative Negligence)

Defendant alleges by way of a plea of comparative negligence that plaintiffs were negligent in and about the matters and activities alleged in the complaint; that said negligence contributed to and was a proximate cause of plaintiffs' alleged injuries and damages, if any, or was the sole cause thereof; and that if plaintiffs ire entitled to recover damages against these defendants, then defendant prays that the recovery be diminished or extinguished by reason of the negligence of plaintiffs in proportion to the degree of fault attributable to plaintiffs.

---

[1] The San Francisco Police Department is a department of the City and County of San Francisco, and is not a properly joined defendant because it does not have the power to sue or be sued, and is not an independent public corporation.  (See *Bauer v. County of Ventura* (1955) 45 Cal.2d 276, 288-289; *compare* Gov. Code, §§ 23000, 23004(a).)

**THIRD AFFIRMATIVE DEFENSE**

(Contribution)

Defendant alleges that the fault of persons other than this defendant contributed to and proximately caused the occurrence; and under the principles formulated in the case of *American Motorcycle Association v. Superior Court*, 20 Cal. 3d 578 (1978), and under the provisions of California Civil Code §§1431, 1431.1, 1431.2 and 1431.3, this defendant prays that the percentage of such contribution be established by special verdict or other procedure, and that this defendant's ultimate liability be reduced to the extent of such contribution.

**FOURTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

Defendant alleges that the complaint and each and every cause of action therein is barred by the statutes of limitations, including without limitation Government Code section 945.6 and California Code of Civil Procedure section 335.1.

**FIFTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate Damages)

Defendant alleges that the complaint and each and every cause of action therein is barred because plaintiffs failed to use reasonable diligence to mitigate their alleged damages, and said failure bars or reduces the recovery, if any, from this answering defendant.

**SIXTH AFFIRMATIVE DEFENSE**

(Defendant's Acts Not A Proximate Cause)

Defendant states that any act or omission on the part of the answering defendant was not the proximate cause of plaintiffs' alleged injuries.

**SEVENTH AFFIRMATIVE DEFENSE**

(Negligence of Third Parties - Equitable and Statutory Indemnity for Defendants)

Defendant states that plaintiffs' injuries were caused by the negligence or other act or omission of third parties, and defendant is entitled to equitable and statutory indemnity from such third parties.

**EIGHTH AFFIRMATIVE DEFENSE**

(Violation of Penal Code §834a)

Defendant alleges that Plaintiffs were under a duty pursuant to §834(a) of the California Penal Code to refrain from using force to resist their detention and/or arrest; that Plaintiffs breached this duty even though they knew or by the exercise of reasonable care should have known that they were being detained and/or arrested by a police officer; and that as a direct result of Plaintiffs' breach of this duty, Plaintiffs are barred from recovering any loss or damage they may have incurred.

**NINTH AFFIRMATIVE DEFENSE**

(Failure to State A Claim Under *Monell*)

Defendant alleges that the Complaint fails to state a federal civil rights claim against Defendant under the doctrine announced in *Monell v. Dep't of Social Services*, 436 U.S. 658 (1978).

**TENTH AFFIRMATIVE DEFENSE**

(Immunity - Barred by Tort Claims Act and Penal Code)

To the extent it attempts to state claims under California law, the complaint is barred by the provisions and immunities of the California Tort Claims Act, without limitation:  Government Code Sections 815; 815.2; 815.3; 815.4; 815.6; 816; 818; 818.2; 818.4; 818.5; 818.6; 818.7; 818.8; 818.9; 820; 820.2; 820.21; 820.25; 820.4; 820.6; 820.8; 820.9; 821; 821.2; 821.4; 821.5; 821.6; 821.8; 822; 822.2; 823; 825; 825.4; 825.6; 827; 830; 830.1; 830.2; 830.4; 830.5; 830.6; 830.8; 830.9; 831; 831.2; 831.21; 831.25; 831.3; 831.4; 831.5; 831.6; 831.7; 831.8; 835; 835.2; 835.4; 840; 840.2; 840.4; 840.6; 844; 844.6; 845; 845.2; 845.4; 845.6; 845.8; 846; 850; 850.2; 850.4; 850.6; 850.8; 854; 854.2; 854.3; 854.4; 854.5; 854.8; 855; 855.2; 855.4; 855.6; 855.8; 856; 856.2; 856.4; 856.6; 860; 860.2; 860.4; 862; 865; 866; 867; 895; 895.2; 895.4; 895.6; 895.8; and California Penal Code Sections 148, 409, 834a, 834, 835, 835a, 836, and 849.  Under California law, this defendant is liable only pursuant to statute.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Failure to Comply With Claims Requirements—Presentation of All Claims)

Plaintiffs were required to present any and all state claims against the defendant in the form of a timely government claim.  To the extent the complaint attempts to state any claims under California

law, the complaint fails to state a cause of action and is accordingly barred pursuant to the California Government Code, including but not limited to Government Code Sections 905.2, 911.2 and 945.4.

## TWELFTH AFFIRMATIVE DEFENSE

(Equitable Defenses)

By reason of Plaintiffs' own acts and omissions, Plaintiffs are barred by the equitable doctrines of estoppel, laches, unclean hands, and waiver from seeking any recovery or injunctive relief from Defendant by reason of the allegations set forth in Plaintiffs' complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

(No Punitive Damages)

Defendant is immune from liability for exemplary damages herein pursuant to the provisions of Section 818 of the California Government Code and federal law.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Violation of Penal Code)

Defendant alleges that Plaintiffs violated certain provisions of the California Penal Code, and that Plaintiffs voluntarily assumed all risks, responsibility and liability for the injuries which were the natural and probable result of violating the California Penal Code.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Careless, Reckless, Wanton and Negligent Acts)

At all times mentioned in the complaint, the plaintiffs acted in a careless, reckless, wanton and negligent manner in and about the matters set forth in the complaint; such careless, reckless, wanton and negligent conduct proximately contributed to the injuries and damages, if any, sustained or claimed by plaintiffs; that as a consequence, plaintiffs' claims are barred.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Release)

Plaintiffs have released defendants of liability.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

(Frivolous Action)

Plaintiffs' maintenance of this action is frivolous, vexatious and unreasonable, thereby entitling defendant to sanctions and appropriate remedies (including without limitation attorneys' fees) against plaintiffs.

**EIGHTEENTH AFFIRMATIVE DEFENSES**

(Probable Cause)

Defendant had reasonable and/or probable cause to detain, restrain and/or arrest Plaintiffs.

**NINETEENTH AFFIRMATIVE DEFENSE**

(Qualified Immunity)

Defendant alleges that the action complained of are protected by the doctrine of qualified immunity as set forth in *Anderson v. Creighton*, 107 S.Ct. 3034 (1984), and related cases.

**TWENTIETH AFFIRMATIVE DEFENSE**

(Self-Defense and Defense of Others)

Defendant alleges that if in fact any force was used against plaintiffs, such force was the lawful exercise of the right of self-defense and defense of the public, and any recovery pursuant to said use of force is barred.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

(Insufficient Claim)

Defendant alleges that Plaintiffs, and each of them, failed to file a sufficient claim as required by California Government Code §910, *et seq.* and other applicable provisions of law.

**ADDITIONAL AFFIRMATIVE DEFENSES**

Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, defenses available. Defendant reserves the right to assert additional defenses in the event that discovery indicates that they would be appropriate.

WHEREFORE, defendant prays for judgment as follows:

1. That plaintiffs take nothing from defendant;

2. That the complaint be dismissed with prejudice;

3. That defendant recover costs of suit herein, including attorneys' fees; and

4. For such other relief as is just and proper.

Dated: September 9, 2022

>
> DAVID CHIU
> City Attorney
> MEREDITH B. OSBORN
> Chief Trial Deputy
> FRANK M. LA FLEUR
> Deputy City Attorney
>
> By: */s/ Frank M. La Fleur*
>     FRANK M. LA FLEUR
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

# **PROOF OF SERVICE**

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 9, 2022, I served the following document(s):

**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ANSWER TO PLAINTIFFS' COMPLAINT**

on the following persons at the locations specified:

Lenika Howard
Rameia Appleton
Khaylum Richard-Howard
Terry Franklin, Jr.
1485 Bayshore Blvd., #118
San Francisco, CA  94124
Telephone:     415-891-2101
Email:         lch.newlife@gmail.com

*In Pro Per*

in the manner indicated below:

☒   **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 9, 2022, at San Francisco, California.

*/s/ anita murdock*
ANITA MURDOCK

DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
FRANK M. LA FLEUR, State Bar #213438
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3826
Facsimile:      (415) 554-3837
E-Mail:          frank.lafleur@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(erroneously sued as City of San Francisco and
San Francisco Police Department)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| LENIKA HOWARD; RAMEIA APPLETON; KHAYLUM RICHARD-HOWARD; TERRY FRANKLIN, JR, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT, EDUARD OCHOA; SARAH JONES, T. BROPHY, and Does 1-20 <br><br> Defendants. | Case No. CGC-22-599577 <br><br> **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S REQUEST FOR TRIAL BY JURY** <br><br> Date Action Filed:   May 11, 2022 <br> Trial Date:              Not Set |

1

Defendant City and County of San Francisco's Requests a Trial by Jury in this matter.

Dated:  September 9, 2022

                                  DAVID CHIU
                                  City Attorney
                                  MEREDITH B. OSBORN
                                  Chief Trial Deputy
                                  FRANK M. LA FLEUR
                                  Deputy City Attorney


                        By: _____*/s/ Frank M. La Fleur*_____
                               FRANK M. LA FLEUR

                                  Attorneys for Defendant
                                  CITY AND COUNTY OF SAN FRANCISCO

# PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 9, 2022, I served the following document(s):

**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S REQUEST FOR TRIAL BY JURY**

on the following persons at the locations specified:

Lenika Howard
Rameia Appleton
Khaylum Richard-Howard
Terry Franklin, Jr.
1485 Bayshore Blvd., #118
San Francisco, CA  94124
Telephone:     415-891-2101
Email:         lch.newlife@gmail.com

*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 9, 2022, at San Francisco, California.

_____
ANITA MURDOCK

```
 1  DAVID CHIU, State Bar #189542
    City Attorney
 2  MEREDITH B. OSBORN, State Bar #250467
    Chief Trial Deputy
 3  FRANK M. LA FLEUR, State Bar #213438
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3826
 6  Facsimile:    (415) 554-3837
    E-Mail:       frank.lafleur@sfcityatty.org
 7

 8  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
 9  (erroneously sued as City of San Francisco and
    San Francisco Police Department)
10
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| LENIKA HOWARD; RAMEIA APPLETON; KHAYLUM RICHARD-HOWARD; TERRY FRANKLIN, JR, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT, EDUARD OCHOA; SARAH JONES, T. BROPHY, and Does 1-20 <br><br>Defendants. | Case No. CGC-22-599577 <br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OBJECTION TO JUDGE PRO TEMPORE AS TRIAL JUDGE** <br><br>Date Action Filed:   May 11, 2022 <br>Trial Date:          Not Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Defendant City and County of San Francisco hereby objects to assignment of the above-referenced civil jury trial to a judge pro-tempore for the purpose of the trial of the matter. Defendant City and County of San Francisco expressly reserves any further rights relating to the assignment of this case to trial pursuant to applicable law.

Dated: September 9, 2022

>DAVID CHIU
>City Attorney
>MEREDITH B. OSBORN
>Chief Trial Deputy
>FRANK M. LA FLEUR
>Deputy City Attorney
>
>By: */s/ Frank M. La Fleur*
>　　　FRANK M. LA FLEUR
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

# PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 9, 2022, I served the following document(s):

**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OBJECTION TO JUDGE PRO TEMPORE AS TRIAL JUDGE**

on the following persons at the locations specified:

Lenika Howard
Rameia Appleton
Khaylum Richard-Howard
Terry Franklin, Jr.
1485 Bayshore Blvd., #118
San Francisco, CA  94124
Telephone:     415-891-2101
Email:         lch.newlife@gmail.com

*In Pro Per*

in the manner indicated below:

☒   **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 9, 2022, at San Francisco, California.

*/s/ Anita Murdock*
ANITA MURDOCK

# File & ServeXpress Transaction Receipt

| | |
|---|---|
| **File & ServeXpress Transaction ID:** | 68072213 |
| **Submitted by:** | Anita Murdock, City Attorneys Office-San Francisco |
| **Authorized by:** | Frank LaFleur, City Attorneys Office-San Francisco |
| **Authorize and file on:** | Sep 9 2022 11:23AM PDT |
| **Time received by San Francisco County:** | Pending |

| | |
|---|---|
| **Court:** | CA Superior Court County of San Francisco-Civil |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-General Civil-Unlimited - $25,001+ |
| **Case Type:** | Pers Inj/Property Damage-Non-Veh Related (Civil 2) |
| **Case Number:** | CGC-22-599577 |
| **Case Name:** | Howard, Lenika et al vs City of San Francisco et al |

| | |
|---|---|
| **Transaction Option:** | File Only |
| **Billing Reference:** | 230136 |
| **Read Status for e-service:** | N/A |
| **Note to Clerk:** | Please waive any statutory fees; CCSF is exempt. Thank you. |

## Documents List

### 3 Document(s)

**Attached Document, 8 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Answer (Original) | Public | $435.00 | |

**Document title:**
DEFENDANT CITY AND COUNTY OF SAN FRANCISCO ANSWER TO PLAINTIFFS COMPLAINT

**Attached Document, 3 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Objections | Public | $0.00 | |

**Document title:**
DEFENDANT CITY AND COUNTY OF SAN FRANCISCO OBJECTION TO JUDGE PRO TEMPORE AS TRIAL JUDGE

**Attached Document, 3 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Demand for Jury | Public | $0.00 | |

**Document title:**
DEFENDANT CITY AND COUNTY OF SAN FRANCISCO REQUEST FOR TRIAL BY JURY

Expand All

### Sending Parties (1)

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| City of San Francisco (pending) | Defendant | LaFleur, Frank | City Attorneys Office-San Francisco | Attorney in Charge |

### Recipients (0)

#### Service List (0)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| No selections made. | | | | | | |

#### Additional Recipients (0)

Case Parties

Close

About File & ServeXpress (http://www.fileandservexpress.com/about-us) | Resource Center (https://resourcecenter.fileandservexpress.com/resourcecenterwebui/default.aspx?ut=FC) | FAQs (/FSXMasterPage/FAQ) | Terms & Conditions (https://secure.fileandservexpress.com/agreement.htm?v=20200905) | Privacy (http://www.fileandservexpress.com/privacy)

Client Support

© 2022 File & ServeXpress, LLC. All rights reserved.

☎ 1-888-529-7587

✉ support@fileandserve.com (mailto:support@fileandserve.com)

💬 Chat Online