# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lenika Howard, et al. | CASE No C 22-5243 JST |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| City of San Francisco, et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 11/29/2022

Dft City and County of San Francisco
_____
Party

Date: 11/29/2022

Frank M. La Fleur
_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 11/29/2022

/s/ Frank M. La Fleur
_____
Attorney

The City has been unable to reach plaintiffs in order to meet and confer regarding ADR options.

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

1

## PROOF OF SERVICE

2        I, ANITA MURDOCK, declare as follows:

3        I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building,
4 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

5        On November 29, 2022, I served the following document(s):

6              ### ADR CERTIFICATION BY PARTIES AND COUNSEL

7 on the following persons at the locations specified:

8 Lenika Howard
Rameia Appleton
9 Khaylum Richard-Howard
Terry Franklin, Jr.
10 1485 Bayshore Blvd., #118
San Francisco, CA  94124
11 Telephone:      415-891-2101
Email:            lch.newlife@gmail.com

12 *In Pro Per*

13 in the manner indicated below:

14  ☒      **BY UNITED STATES MAIL**:  Following ordinary business practices, I caused to be sealed true and correct copies of the above documents in addressed envelope(s) and had them placed at my workplace for
15      collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed
16      envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

17  ☒      **BY ELECTRONIC MAIL:**  I caused a copy of such document to be transmitted *via* electronic mail in
18      portable document format ("PDF") Adobe Acrobat from the electronic address:  anita.murdock@sfcityatty.org.

19        I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

20
21        Executed November 29, at San Francisco, California.

22                                              */s/ Anita Murdock*
                                              ANITA MURDOCK
23

24

25

26

27

28