UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LENIKA HOWARD, et al.,
Plaintiffs,
v.
CITY OF SAN FRANCISCO, et al.,
Defendants.

Case No. 22-cv-05243-JST

**ORDER TO SHOW CAUSE RE: SERVICE**

This case was filed on September 14, 2022. ECF No. 1. As of the date of this order, the docket reflects no evidence that the summons and complaint have been served on the defendant Sarah Jones.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Four years—well more than 90 days—have now passed since the filing of the complaint. Plaintiff is therefore ordered to show cause why this case should not be dismissed for failure to serve. A written response to this order, which may include evidence that the complaint was served

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

on Defendant Jones, is due by October 30, 2026. The Court will then take the matter under submission.

**IT IS SO ORDERED.**

Dated: September 15, 2026

JON S. TIGAR
United States District Judge